**Order issued October 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00671-CV

## IN THE INTEREST OF N.B., D.B., AND J.B., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-13-01362-W**

## ORDER
Before Justices Francis, Lang-Miers, and Whitehill

Based on the Court's opinion of this date, we **GRANT** the July 30, 2015 motion of Frank Adler for leave to withdraw as Mother's appointed counsel on appeal.  We **DIRECT** the Clerk of the Court to remove Frank Adler as counsel of record for Mother.  We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Helena Marie McCartney, 4309 Gaston Avenue, #203, Dallas, Texas 75246.


/s/      BILL WHITEHILL
JUSTICE